UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL A. LEE, JR.,

        Plaintiff,

v.                          Case No. 2:22-CV-00930

GINA AMBASAN,

        Defendant.

## ANSWER AND AFFIRMATIVE DEFENSES

Now come the above-named defendant, Gina Ambasan, by her attorneys, Devine Hahn, S.C., and answer the complaint of the plaintiff as follows:

### JURISDICTION AND VENUE

1. In answering paragraph #1 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

2. In answering paragraph #2 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

3. In answering paragraph #3 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

### PARTIES/PLAINTIFF

4. In answering paragraph #4 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

1

## DEFENDANTS

5. In answering paragraph #5 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

6. In answering paragraph #6 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

7. In answering paragraph #7 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

8. In answering paragraph #8 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

## STATEMENT OF FACTS

9. In answering paragraph #9 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

10. In answering paragraph #10 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

## FACTUAL ALLEGATIONS

11. In answering paragraph #11 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

12. In answering paragraph #12 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

13. In answering paragraph #13 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

14. In answering paragraph #14 of the plaintiff's complaint, this answering defendant admits the allegations contained therein.

15. In answering paragraph #15 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

16. In answering paragraph #16 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

17. In answering paragraph #17 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

18. In answering paragraph #18 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

19. In answering paragraph #19 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

20. In answering paragraph #20 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

21. In answering paragraph #21 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

22. In answering paragraph #22 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

23. In answering paragraph #23 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

24. In answering paragraph #24 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

25. In answering paragraph #25 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

26. In answering paragraph #26 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

27. In answering paragraph #27 of the plaintiff's complaint, this answering defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

Now and for their affirmative defenses in this matter, this answering defendant alleges as follows:

1. That the statute of limitations has run on the claims made by the plaintiff.

WHEREFORE, this answering defendant demands judgment as follows:

1. Dismissing plaintiff's complaint and all claims associated therewith;

2. For costs and disbursements incurred herein;

3. For such other relief as the court deems just.

Dated April 12, 2023.

                    DEVINE HAHN, S.C.
                    By:
                    s/ Thomas M. Devine
                    Thomas M. Devine, I.D. No. 1017536
                    Attorneys for Defendant,
                    Gina Ambasan

Mailing Address:
840 Lake Avenue, Suite 300
Racine, WI 53403
(262) 632-7541