# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI  
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

# NOTICE REGARDING DISCOVERY

The discovery phase of a case begins after the defendant answers the complaint. After the answer is filed, the Court will enter a scheduling order setting deadlines for the parties to complete all discovery and to file dispositive motions.

During the discovery phase of the case, <u>the parties exchange information</u> about the case. Pursuant to Rule 5(d) of the Federal Rules of Civil Procedure,

> …disclosures under Rule 26(a)(1) or (2) and <u>the following discovery requests and responses must not be filed [with the court]</u> until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things…and requests for admission.

In other words, <u>you must serve discovery requests on counsel for the defendants by mail or other means of delivery</u>. Do not file or e-file interrogatories, requests to produce, or requests for admission with the court unless the other party fails to properly respond and they are relevant to a motion to compel or other appropriate motion.