BHL

To the Honorable Judge Ludwig,          Case No: 22-CV-00930

On July 19th, 2023 the defendants counsel, Thomas Devine, sent to me by mail, his first set of interrogatories and Request for production of Documents. Due to the nature of the request I am unable to produce such material. However, I did notify Mr. Devine as well of the complications at hand. Furthermore, I am in serious conversation with counsel of my own. I would like to thank you for taking your time to read this as well.

Dated: on the 18th day of August, 2023          Very Truly yours,

Michael Lee
Michael Lee        #505955
Redgranite Correctional Inst.
P.o Box 925
Redgranite WI 54970

U.S. District Court
Wisconsin Eastern

AUG 23 2023

FILED
Clerk of Court



Michael Lue # 505455
Redgranite Correctional Institution
P.O. Box 925
Redgranite WI 54970

MILWAUKEE WI 530

21 AUG 2023 PM 3 FOREVER
USA

Barn Swallow

United States District Court
Eastern District of Wisconsin
Room 360
517 E. Wisconsin Ave.
Milwaukee WI 53202

53202-4509