UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL A. LEE, JR.,

    Plaintiff,

v.                                        Case No. 22-cv-0930-bhl

GINA AMBASAN,

    Defendant.

---

## ORDER

---

Plaintiff Michael Lee, Jr. is incarcerated at Redgranite Correctional Institution and representing himself in this 42 U.S.C. §1983 case. Neither party moved for summary judgment by the November 17, 2023 deadline. Accordingly, Lee's claims against Defendant Gina Ambasan will proceed to trial. Given the potential difficulty for a pro se prisoner in trying a case before a jury, including offering a coherent opening statement and closing argument, presenting and examining witnesses, and locating and introducing evidence, the Court concludes that Lee lacks the capacity to represent himself in the next stage of litigation. Accordingly, the Court will make efforts to recruit a volunteer lawyer to represent him. The demand for volunteer lawyers is high, but the supply is low. Few lawyers have the time, ability, or experience to volunteer for cases such as these. The Court encourages Lee to be patient as it makes efforts to recruit a lawyer to represent him. The process may take some time. The Court will promptly notify Lee in the event a lawyer volunteers to represent him. The Court encourages the parties to explore whether settlement is possible.

**SO ORDERED** at Milwaukee, Wisconsin on December 1, 2023.

                                                                       s/ *Brett H. Ludwig*
                                                                       BRETT H. LUDWIG
                                                                       United States District Judge