# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | February 5, 2024 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 22-cv-0930-bhl |
| CASE NAME: | *Lee v. Ambasan* |
| MATTER: | Telephonic Scheduling Conference |
| APPEARANCES: | Kimberley C. Motley for the Plaintiff |
| | Thomas M. Devine for the Defendant |
| TIME: | 11:31 a.m. – 11:43 a.m. |
| COURTROOM DEPUTY: | Julie D. |

AUDIO OF THIS HEARING IS AT ECF NO. 54

---

The Court reviewed the procedural history and inquired how the parties would like to proceed. The Court also encouraged the parties to discuss settlement and to notify the Court if they would like the case referred to a magistrate judge for mediation. The Court directed the parties to file a joint written status report by February 9, 2024, indicating whether they would like the case referred to a magistrate judge for mediation. Plaintiff's counsel asked for a limited amount of time to conduct depositions and obtain the underlying investigative file. The Court set a discovery deadline for both parties of May 3, 2024. The Court set a trial date of June 17 and 18, 2024, and a final pretrial conference date of June 7, 2024 at 10 a.m.

**IT IS THEREFORE ORDERED** that, by **February 9, 2024**, the parties must file a written status report indicating whether they would like the Court to refer the case to a magistrate judge for mediation.

**IT IS FURTHER ORDERED** that the parties must complete discovery by **May 3, 2024**.

**IT IS FURTHER ORDERED** that a final pretrial conference will be held on **June 7, 2024** at 10 a.m. via Zoom; meeting information will be entered separately. An order setting forth the requirements for the final pretrial report will also be entered separately.

**IT IS FURTHER ORDERED** that a two-day jury trial will begin on **June 17, 2024** at 8:30 a.m. in Courtroom 320 at the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

Dated at Milwaukee, Wisconsin on February 6, 2024.

s/ *Brett H. Ludwig*<br>
BRETT H. LUDWIG<br>
United States District Judge