

April 12, 2024

Honorable Brett H. Ludwig
U.S. District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

        Re:  Lee, Jr., Michael A. v. Ambasan, Gina
        Case No. 2:22-CV-00930

Dear Judge Ludwig:

We are responding concerning the progress of discovery in this matter. There was an exchange of discovery requests in February. The parties agree to mediate the matter to hopefully avoid expensive discovery. The mediation happened in March but did not settle the case. Thereafter, discussions happened to schedule depositions. We agreed to produce our client for a zoom deposition at 3:30 on April 29th. We were told that was unacceptable because the questioning would take 7 hours to complete. We felt such a long deposition needed to be in person. The parties agreed to a deposition here on April 29th (enclosed April 4th email from Ms. Motley) which I confirmed on April 5th. (enclosed email). Ms. Motley then filed the motion on the 5th. We got it on the 8th. The Court entered an order on the 10th while I was on vacation. I apologize to the Court for the delay. We will follow the Court's order.

        Very truly yours,

        DEVINE HAHN, S.C.

        Thomas M. Devine
        *tdevine@devinehahn.com*

TMD/dlr
Enc.

cc:    Kimberly Motley, Motley Legal
       Gina Amasan

840 Lake Ave, Suite 300  |  Racine, WI 53403  |  262-632-7541  |  www.devinehahn.com

**Darcy Redding**

| | |
|---|---|
| **From:** | kmotley motleylegal.com <kmotley@motleylegal.com> |
| **Sent:** | Thursday, April 04, 2024 5:06 PM |
| **To:** | Thomas M. Devine |
| **Cc:** | Darcy Redding |
| **Subject:** | Re: Subpoenas to DOC |

No worries. We can conduct the depositions in Milwaukee which actually works better.

---

**From:** Thomas M. Devine <tdevine@devinehahn.com>
**Sent:** Thursday, April 4, 2024 4:59 PM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Cc:** Darcy Redding <dredding@devinehahn.com>
**Subject:** RE: Subpoenas to DOC

My client can make the 29th at 9. I can make this depo but the notice is to conduct the deposition remotely. You need a stipulation under Rule 30(4) and Rule 29. I have not agreed to remote depositions.

---

**From:** kmotley motleylegal.com [mailto:kmotley@motleylegal.com]
**Sent:** Thursday, April 04, 2024 3:15 PM
**To:** Thomas M. Devine <tdevine@devinehahn.com>
**Subject:** Re: Subpoenas to DOC

Hello Atty. Devine,

I have not heard anything with regards to my emails of April 1st regarding depos for third parties. Additionally, I have also heard nothing back regarding deposing your client on April 29th at 9am.

I will assume that all the dates are fine and plan to continue to set on a few more depos. If I hear nothing back by 4pm on April 5th I assume all of the previously scheduled depo dates are fine.

Regards,
Kim

---

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Monday, April 1, 2024 5:04 PM
**To:** Thomas M. Devine <tdevine@devinehahn.com>
**Subject:** Subpoenas to DOC

Attached are subpoenas we sent to DOC.

We have tentatively scheduled Latasha Lott for her depo on April 30 at 9am which may change depending on her availability.

--
Best,

Kim

Kimberley Cy Motley, Esq.
C.E.O. / Founding Partner
Motley Legal Services
Afghan Mobile : 93 (0) 788 887 887
Intl. Number : 1 (704) 765 - 4887
US Mobile : 1 (704) 763-5413
[motleylegal.com](motleylegal.com)

DISCLAIMER

This is a transmission from Motley Legal Services and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges and is intended solely for the use of the individual(s) to whom it is addressed. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please telephone or email the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.
This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.
This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

# Darcy Redding

| | |
|---|---|
| **From:** | Thomas M. Devine |
| **Sent:** | Friday, April 05, 2024 2:40 PM |
| **To:** | kmotley motleylegal.com |
| **Cc:** | Darcy Redding |
| **Subject:** | RE: Subpoenas to DOC |

I believe we have agreed that my client will not be remote. The deposition can take place at my office.
Other depos depend on the circumstances

**From:** kmotley motleylegal.com [mailto:kmotley@motleylegal.com]
**Sent:** Thursday, April 04, 2024 5:24 PM
**To:** Thomas M. Devine <tdevine@devinehahn.com>
**Cc:** Darcy Redding <dredding@devinehahn.com>
**Subject:** Re: Subpoenas to DOC

Hello Attorney Devine,

I just want to make clear that you are not approving remote depositions in this matter. If I am mistaken, please clarify if you
1) will stipulate for remote depositions of your client, AND
2) if you will stipulate for remote depositions for 3rd parties.

I look forward to receiving your answer by 2:00p.m. tomorrow April 5, 2024. Thank you in advance.

Warm regards,
Kim

**From:** Thomas M. Devine <tdevine@devinehahn.com>
**Sent:** Thursday, April 4, 2024 4:59 PM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Cc:** Darcy Redding <dredding@devinehahn.com>
**Subject:** RE: Subpoenas to DOC

My client can make the 29th at 9. I can make this depo but the notice is to conduct the deposition remotely. You need a stipulation under Rule 30(4) and Rule 29. I have not agreed to remote depositions.

**From:** kmotley motleylegal.com [mailto:kmotley@motleylegal.com]
**Sent:** Thursday, April 04, 2024 3:15 PM
**To:** Thomas M. Devine <tdevine@devinehahn.com>
**Subject:** Re: Subpoenas to DOC

Hello Atty. Devine,

I have not heard anything with regards to my emails of April 1st regarding depos for third parties. Additionally, I have also heard nothing back regarding deposing your client on April 29th at 9am.

I will assume that all the dates are fine and plan to continue to set on a few more depos. If I hear nothing back by 4pm on April 5th I assume all of the previously scheduled depo dates are fine.

Regards,
Kim

---

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Monday, April 1, 2024 5:04 PM
**To:** Thomas M. Devine <tdevine@devinehahn.com>
**Subject:** Subpoenas to DOC

Attached are subpoenas we sent to DOC.

We have tentatively scheduled Latasha Lott for her depo on April 30 at 9am which may change depending on her availability.

--
Best,

Kim

Kimberley Cy Motley, Esq.
C.E.O. / Founding Partner
Motley Legal Services
Afghan Mobile : 93 (0) 788 887 887
Intl. Number : 1 (704) 765 - 4887
US Mobile : 1 (704) 763-5413
motleylegal.com

DISCLAIMER
This is a transmission from Motley Legal Services and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges and is intended solely for the use of the individual(s) to whom it is addressed. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please telephone or email the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.
This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily

reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.