# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL A. LEE, JR.

      Plaintiff,

v.

GINA AMBASAN,

      Defendant.

Case No : 22-cv-0930

## DECLARATION OF KIMBERLEY CY. MOTLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS

Pursuant to 28 U.S.C.§ 1746, the undersigned, Kimberley Cy. Motley., makes the following statements under penalty of perjury under the laws of the United States.

1. I am an attorney duly licensed to practice law in the State of Wisconsin and before this Court.

2. I represent the Plaintiff Michael A. Lee, Jr. in the above-captioned case.

3. This Declaration is made in support of statements and representations made in Plaintiffs' Motion for Sanctions.

4. Attached hereto and incorporated herein as Exhibit 1 is Defendant's Response to Plaintiffs Second Request for Admissions.

5. Attached hereto and incorporated herein as Exhibit 2 is the Wisconsin Circuit Court Access publicly available court entry for criminal case 2023-CF-0210.

6. Attached hereto and incorporated herein as Exhibit 3 is Defendant's Response to Plaintiffs Second Request for Admissions.

Executed this 28th day of March 2024.

/s/*Kimberley Cy. Motley*
Kimberley Cy. Motley