UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL A. LEE, JR.,

        Plaintiff,

v.                         Case No. 2:22-CV-00930

GINA AMBASAN,

        Defendant.

## RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

The defendant, Gina Ambasan, respond to Plaintiff's Request for as follows:

**REQUEST NO. 1:** Admit that you interacted with Plaintiff Michael Lee as part of your job duties as a Correctional Officer.

Response: Admit.

**REQUEST NO. 2:** Admit that you had a personal relationship with Plaintiff Michael Lee while he was incarcerated at the Racine Correctional Institution.

Response: Deny.

**REQUEST NO. 3:** Admit that you engaged in a sexual act with Plaintiff Michael Lee.

Response: Deny.

**REQUEST NO. 4:** Admit that you had sexual contact with Plaintiff Michael Lee.

Response: Deny.

1

**REQUEST NO. 5:** Admit that you kissed Plaintiff Michael Lee while he was incarcerated at the Racine Correctional Institution.

Response: Deny.

**REQUEST NO. 6:** Admit that you had phone sex with Plaintiff Michael Lee.

Response: Upon reasonable inquiry, the concept of phone sex has no definition known or readily obtainable by the answering defendant is insufficient to enable her to admit or deny the request as stated.

**REQUEST NO. 7:** Admit that you talked with Plaintiff Michael Lee on the phone on May 25, 2019.

Response: Upon reasonable inquiry, the defendant has no recollection of the date known or readily obtainable by the answering defendant is insufficient to enable her to admit or deny the request as stated.

**REQUEST NO. 8:** Admit that you talked with Plaintiff Michael Lee on the phone on August 23, 2018.

Response: Upon reasonable inquiry, the defendant has no recollection of the date known or readily obtainable by the answering defendant is insufficient to enable her to admit or deny the request as stated.

**REQUEST NO. 9:** Admit that you delivered a cell phone to Plaintiff Michael Lee while he was incarcerated at the Racine Correctional Institution.

Response: Deny.

**REQUEST NO. 10:** Admit that you spoke to Plaintiff Michael Lee on the phone from February 1, 2018, through May 20, 2020 at least twenty times.

Response: Upon reasonable inquiry, the defendant has no recollection of the dates known or readily obtainable by the answering defendant is insufficient to enable her to admit or deny the request as stated.

**REQUEST NO. 11**: Admit that Attorney Thomas Devine notarized your affidavit (ECF #28) filed in this matter on April 12, 2023.

Response: Admit.

Dated March 14, 2024.

DEVINE HAHN, S.C.

By: _____
Thomas M. Devine, Bar No. 1017536
Attorneys for Defendant,
Gina Ambasan

Mailing Address:
840 Lake Avenue, Suite 300
Racine, WI 53403
(262) 632-7541