# Wisconsin Circuit Court Access

| | | |
|---|---|---|
| Summary | Search ∨   Calendar ∨   Pay fees   Reports ∨   Forms ∨ | View payments of this |
| Charges | Return to search results   Previous   Next | 🖨 |
| Defendant | Racine County Case Number 2023CF000210 State of Wisconsin vs. Gina K Ambasan | |
| Court record | | |
| Receivables | | |

## Case summary

| Filing date | Case type | Case status |
|---|---|---|
| 02-08-2023 | Criminal | Closed - Electronic filing |
| Defendant date of birth | Case type | Branch ID | DA case number |
| 08-22-1984 | Criminal | 4 | 2023RA000427 |
| | Address | | |
| | 4110 Kmart Place, Racine, WI 53403 | | |

## Charges

| Responsible official | Prosecuting agency | Prosecuting agency | Printable version |
|---|---|---|---|
| Gasimbeozcu, Eugene A. | State of Wisconsin | State of Wisconsin | |
| | | Attorney | |
| | | Wagner, John M. | |

Defendant owes the court $0.00

| Count no. | Statute | Description | Severity | Disposition |
|---|---|---|---|---|
| 1 | 946.12(1) | Attempt Misconduct Office PubPerform KnownDuty | Felony I | Guilty Due to Guilty Plea |
| 2 | 302.095(2) | Attempt Deliver Illegal Articles to Inmate | Felony I | Guilty Due to Guilty Plea |

View history and details of charges/sentences

## Defendant

| Defendant name | Date of birth | Sex | Race ● |
|---|---|---|---|
| Ambasan, Gina K | 08-22-1984 | Female | Caucasian |
| Address (last updated) 09 | JUSTIS ID | Fingerprint ID | |
| 17-XXXXX | | | |
| 4110 Kmart Place, Racine, WI | | | |
| 53403 | | | |

### Attorneys

| Attorney name | Entered |
|---|---|
| Cafferty, Patrick Kiernan | 02-13-2023 |

## Court record

| Date ▲ | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 02-08-2024 | Notice of hearing | | | |
| | **Additional text:** Atty. Kimberley Motley for victim W.L. | | | |
| 02-08-2024 | Transcript | | | |
| | **Additional text:** Sentencing hearing held on September 25, 2023 | | | |
| 02-08-2024 | Transcript | | | |
| | **Additional text:** Plea hearing held on August 18, 2023 | | | |
| 09-26-2023 | Judgment of conviction | | | |
| | **Additional text:** Per RCSO. DNA collected - 04/25/23 | | | |
| 09-25-2023 | Appeal rights/info on postconviction relief | | | |
| 09-25-2023 | Dispositional order/judgment | Gasimbeozcu, Eugene A. | | |
| 09-25-2023 | Sentencing hearing | Gasimbeozcu, Eugene A.   Wronkowski, Hannah | | |
| | **Additional text:** 2:00 PM Defendant Gina K Ambasan in court.  Attorney Patrick Kiernan Cafferty in court for Gina K Ambasan.  Prosecuting attorney John M Wagner in court for the State of Wisconsin.  Digital Court Reporter: Hannah Wronkowski.  State is in victim compliance. States gives sentence recommendations. Defense gives sentence recommendations. Defendant addresses courts. | | | |
| | BTC: CT. 1: 135 days RCJ CT. 2: 135 days RCJ Eligible for employment and GPS after 45 days time served. DNA Surcharge(s). Report in 10-11-2023 at 8:30 AM. Payment Plan $150/month to begin 12-1-2023. | | | |
| 09-19-2023 | Victim impact statement | | | |
| 08-18-2023 | Plea hearing | Gasimbeozcu, Eugene A.   Wronkowski, Hannah | | |
| | **Additional text:** 9:40 AM Defendant Gina K Ambasan in court.  Attorney Patrick Kiernan Cafferty in court for Gina K Ambasan.  Attorney John M Wagner in court for State of Wisconsin. Digital Court Reporter: Hannah Wronkowski.  State files an amended information. State asks for a plea only today as they need to send notice to the victim regarding sentencing.  Upon plea to Cts. 1 and 2 the State recommends 90 days RCJ, with holer. Court proceeds with plea to each count for the plea form for reasons stated on the record.  Court performs plea colloquy with the deft.  Defendant freely, knowingly and voluntarily enters her plea. Plea Ct 1: GUILTY Ct. 2: GUILTY | | | |
| | BTC: Ct. 1: GUILTY Ct. 2: GUILTY | | | |
| | **Additional text:** Presentencing hearing scheduled for September 25, 2023 at 02:00 pm. | | | |
| 08-18-2023 | Notice of hearing | | | |
| | **Additional text:** Presentencing hearing on September 25, 2023 at 02:00 pm. | | | |
| 08-18-2023 | Amended Information | | | |
| 08-11-2023 | Letter/correspondence | | | |
| | **Additional text:** Change of address | | | |
| 08-11-2023 | Change of address notification for Ambasan, Gina K | | | |
| | **Additional text:** ADDRESS INFO for Gina K Ambasan Current: 4110 Kmart Place, Racine, WI 53403 United States  Effective: 08-11-2023 Prior: 1018 Shoreland Dr, Racine, WI 53402 United States | | | |
| 05-12-2023 | Plea questionnaire, waiver of rights | | | |
| 05-12-2023 | Status conference | Gasimbeozcu, Eugene A.   Wronkowski, Hannah | | |
| | **Additional text:** 8:20 AM Defendant Gina K Ambasan in court.  Attorney Patrick Kiernan Cafferty in court for Gina K Ambasan.  Attorney John M Wagner in court for State of Wisconsin.  Digital Court Reporter: Hannah Wronkowski. Case is resolved. Plea/sentencing hearing scheduled for August 18, 2023 at 10:00 am. | | | |
| 05-12-2023 | Notice of hearing | | | |
| | **Additional text:** Plea/sentencing hearing on August 18, 2023 at 10:00 am. | | | |
| 03-22-2023 | Prelim questionnaire and waiver | | | |
| 03-22-2023 | Information | | | |
| 03-22-2023 | Arraignment | Rudebusch, Alice A.   Garvin, Mark W. | | |
| | **Additional text:** NG plea entered. | | | |
| 03-22-2023 | Waiver of preliminary hearing | Rudebusch, Alice A.   Garvin, Mark W. | | |
| | **Additional text:** 9:40 AM Defendant Gina K Ambasan in court.  Attorney Patrick Kiernan Cafferty in court for Gina K Ambasan.  Attorney John M Wagner in court for State of Wisconsin.  Court Reporter Mark Garvin. Waiver of Preliminary hearing filed. Probable cause found.  bound over. Status conference scheduled for May 12, 2023 at 08:00 am. | | | |
| 03-22-2023 | Notice of hearing | | | |
| | **Additional text:** Status conference on May 12, 2023 at 08:00 am. | | | |
| 03-13-2023 | Change of address notification for Ambasan, Gina K | | | |
| | **Additional text:** ADDRESS INFO for Gina K Ambasan Current: 1018 Shoreland Dr, Racine, WI 53402 United States  Effective: 03-13-2023; Prior: 1018 Shoreland Dr, Racine, WI 53408 | | | |
| 02-09-2023 | Demand for Discovery and Inspection - Prosecutor | | | |
| 03-07-2023 | Demand for Discovery and Inspection - Prosecutor | | | |
| 03-07-2023 | Signature bond signed | | | $5,000.00 |
| 03-07-2023 | Signature bond set for Ambasan, Gina K | Bjelajac, John   Garvin, Mark W. | | $5,000.00 |
| | **Additional text:** Charges per attached criminal complaint. Conditions: Make all court appearances on time. Failure to appear will result in the issuance of a warrant for your arrest, possible bail jumping charges and forfeiture of any bond on deposit. No contact with the witness D.V. (person, property, residence or family). No contact with the victim M.L. (person, property, residence or family). | | | |
| 03-07-2023 | Video conferencing | | | |
| 03-07-2023 | Initial appearance | Bjelajac, John   Garvin, Mark W. | | |
| | **Additional text:** 2:00 PM Defendant Gina K Ambasan in court.  Attorney Patrick Kiernan Cafferty in court for Gina K Ambasan.  Prosecuting attorney John M Wagner in court for the State of Wisconsin. Court Reporter Mark Garvin. Reading of complaint is waived, probable cause found, bond set.  Preliminary hearing scheduled for March 22, 2023 at 08:30 am. | | | |
| 03-07-2023 | Notice of hearing | | | |
| | **Additional text:** Preliminary hearing on March 22, 2023 at 08:30 am. | | | |
| 02-23-2023 | Receipt | | | $3.70 |
| | **Additional text:** CSR 0083604C | | | |
| 02-13-2023 | Confidential Crime Victim Information | | | |
| 02-13-2023 | Notice of retainer | | | |
| 02-10-2023 | eFiled Document Fee Paid | | | $20.00 |
| | **Additional text:** Adjustment number: 23A 087770. Payable Number: 474445. Receipt Number: 23R 017117. Amount: $20.00 | | | |
| 02-08-2023 | Other papers | | | |
| | **Additional text:** Instructions to Obtain Discovery | | | |
| 02-08-2023 | Summons | | | |
| 02-08-2023 | Electronic Filing Notice | | | |
| 02-08-2023 | Case initiated by electronic filing | | | |
| 02-08-2023 | Complaint filed | | | |

## Total receivables

| Payment plan | Balance due | Payment due | Due date |
|---|---|---|---|
| Payment plan | $0.00 | $0.00 | |

---