FILED
08-18-2023
Clerk of Circuit Court
Racine County
2023CF000210

| | |
|---|---|
| STATE OF WISCONSIN    CIRCUIT COURT    RACINE COUNTY | |
| STATE OF WISCONSIN<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GINA K AMBASAN<br>4110 Knoll Pl<br>Racine, WI 53403<br>DOB: 06/22/1964<br>Sex/Race: F/W<br>Eye Color: Green<br>Hair Color: Brown<br>Height: 5 ft 3 in<br>Weight: 160 lbs<br>Alias:<br>　　　　　　　　　Defendant. | DA Case No.: 2023RA000457<br>Assigned DA/ADA: John M Wagner<br>Agency Case No.: 21-069489<br>Court Case No.:<br>ATN: 52006000213862<br><br>**AMENDED INFORMATION** |

I, Patricia J. Hanson, District Attorney in and for Racine County, State of Wisconsin, do hereby inform the court that the defendant did commit within the jurisdiction of Racine County, Wisconsin, the following crime(s):

### Count 1: ATTEMPT MISCONDUCT/OFFICE-FAIL/PERFORM KNOWNDUTY

The above-named defendant on or about and between August 1, 2019, and December 31, 2019, in the Village of Sturtevant, Racine County, Wisconsin, attempted to unlawfully, intentionally, and feloniously, in the officer's or employee's capacity as such officer or employee, does an act which the officer or employee knows is in excess of the officer's or employee's lawful authority or which the officer or employee knows the officer or employee is forbidden by law to do in the officer's or employee's official capacity., contrary to sec. 946.12(1), 939.50(3)(i), 939.32 Wis. Stats., a Class A Misdemeanor, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than nine (9) months, or both.

### Count 2: ATTEMPT DELIVER ILLEGAL ARTICLES TO INMATE

The above-named defendant on or about and between August 1, 2019, and December 31, 2019, in the Village of Sturtevant, Racine County, Wisconsin, as an officer, attempted to deliver to any inmate confined in a state prison any article or thing whatever with intent that any inmate confined in the jail or prison shall obtain or receive the same contrary to the rules or regulations and without the knowledge or permission of the warden of the prison, contrary to sec. 302.095(2), 939.50(3)(i), 939.32 Wis. Stats., a Class A Misdemeanor, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than nine (9) months, or both.

The official records and files of the Racine County District Attorney's Office, the Wisconsin Department of Justice and/or Department of Transportation reflect that the defendant has the following record of convictions:

STATE OF WISCONSIN - VS - Gina K Ambasan

contrary to the form of the statute, in such case made and provided, and against the peace and dignity of the State of Wisconsin.

Date Signed: 08/18/23
Electronically Signed By:
John M Wagner
Assistant District Attorney
State Bar #: 1107583